AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON ARANDA | ) | Case No. SA: 15-MJ-0330 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __APRIL 14, 2015__ in the county of __BEXAR__ in the __WESTERN__ District of __TEXAS,__ the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1)&841(b)(1)(A) and 18 U.S.C. 924(c) | Possession with Intent to Distribute 50 grams or more of Methamphetamine & Possession of a Firearm in the Furtherance of a Drug Trafficking Crime |
| | Penalties: Ct 1: 10 years to life imprisonment, $10,000,000 fine; 5 years supervised release; and $100 mandatory special assessment. Ct 2: 5 years to life imprisonment, $250,000 fine, 5 years supervised release & $100 mandatory special assessment. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Allen Darilek, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/14/2015

_____
*Judge's signature*

City and state: SAN ANTONIO, TX

PAMELA A. MATHY, U.S. MAGISTRATE JUDGE
*Printed name and title*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Allen Darilek, being duly sworn do hereby depose and state:

1. That your affiant is currently employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since 2002. Since 2002, your affiant has participated in numerous investigations concerning felons in possession of firearms. That as part of your affiant's training and experience, your affiant knows that it is unlawful for a person to possess firearms in furtherance on a drug trafficking crime in violation of Title 18 USC 924(c) and unlawful to possess with the intent to distribute methamphetamine in violation of Title 21 USC 841(a)(1)/(b)(1)(A).

2. On April 14, 2015, Floresville Police Department Detectives with San Antonio Police Department HIDTA Detectives executed a state narcotics search warrant at 1905 9th Street, Floresville, Texas, Western District of Texas. This residence is occupied by Jason ARANDA. While searching the residence detectives found numerous firearms and narcotics and contacted you affiant to assist with the case. Pursuant to the state search warrant the following items were seized:

    a. Approximately 900 grams of methamphetamine (field tested positive), found in the gun safe with the below listed firearms

    b. Approximately $15,000 in US Currency, found in the gun safe

    c. New England Firearms (HR), model pardner pump, 12 gauge shotgun, serial number NZ529156, Made in China, found in ARANDA's bedroom closet

    d. Beretta, Model 96A1, .40 caliber pistol, serial number A39054M, made in Italy, found in ARANDA's bedroom dresser drawer.

    e. HS Producks (IM Metals), Model XD-9, 9mm pistol, serial number XD948885, made in Croatia, found in gun safe.

f. Ruger, model super Blackhawk, .44 caliber revolver, serial number 876399, made in Connecticut, found in gun safe.

g. Browning, model Buckmark, .22 caliber pistol, serial number 55NZ26623, made in Utah, found in gun safe

h. Ruger, Model Blackhawk, .357 caliber revolver, serial number 3314039, made in Connecticut, found in gun safe

i. Smith and Wesson, model 686-4, .357 caliber revolver, serial number BPY5429, made in Massachusetts, found in gun safe.

j. Ruger, Model Single Six, .22 caliber revolver, serial number 374691, made in Connecticut, found in gun safe.

k. Radom, model P-64, 9mm pistol, serial number SH16540, made in Poland, found in gun safe

l. Savage, Model 93R17, .17 caliber rifle, serial number 2204037, made in Canada, found in gun safe

m. Butler, unknown model, .22 caliber pistol, serial number B18757, made in Connecticut, found in gun safe

n. Butler, unknown model, .22 caliber pistol, serial number B18758, made in Connecticut, found in gun safe

o. Ruger, Model SR762, 7.62 caliber rifle, serial number 56110475, made in Connecticut, found in gun safe

p. Norinco, Model SKS, 7.62X39 caliber rifle, serial number A22006373, made in China, found in gun safe

q. Ruger, Model mini-14, .223 caliber rifle, serial number 18613174, made in Connecticut, found in gun safe

r. Marlin, Model XT17, .17 caliber rifle, serial number M08849C, made in Kentucky, found in gun safe

s. Ruger, Model min 14, .223 caliber rifle, serial number 18695267, made in Connecticut, found in gun safe

t. Marlin, Model XT22, .22 caliber rifle, serial number MM40479C, made in Kentucky, found in gun safe

3. SA Darilek interviewed ARANDA at the San Antonio ATF Office. ARANDA was read his Miranda rights at the scene and again at the ATF Office. ARANDA admitted possession of the firearms and narcotics found in his room and in his gun safe. ARANDA stated he has been in the narcotics business for a few years. ARANDA stated he purchased the firearms from different people and from Academy.

4. Based on the above facts, your affiant believes there is probable cause that Jason ARANDA, did possess a firearm in furtherance of a drug trafficking crime in violation of Title 18 USC 924(c) and did possess with the intent to distribute methamphetamine in violation of Title 21 USC 841 (a)(1)/(b)(1)(A).

_____
Special Agent Allen Darilek
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED AND SWORN TO BEFORE ME THIS 14TH DAY OF APRIL, 2015.

_____
PAMELA A. MATHY
UNITED STATES MAGISTRATE JUDGE