UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. SA-15-330M |
| JASON ARANDA | § § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES John R. Carter, Assistant Federal Public Defender and enters his appearance as counsel for the defendant in the above-styled and numbered cause.

        Respectfully submitted,

        MAUREEN SCOTT FRANCO
        Federal Public Defender


        /s/ JOHN R. CARTER
        Assistant Federal Public Defender
        727 E. César E. Chávez Blvd., Suite B-207
        San Antonio, Texas 78206-1205
        State Bar No.  03921100
        Tel.: 210-472-6700
        Fax: 210-472-4454

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2015, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

Sarah E. Wannarka
Assistant United States Attorney
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

        /s/ JOHN R. CARTER
        Assistant Federal Public Defender