UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS | § | NO. SA-15-MJ-0330 |
| JASON ARANDA | § | |

NOTICE OF APPEARANCE AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

    Now comes BERNARD CAMPION, attorney licensed to practice in this district and files this Notice of Appearance as Counsel in the above-styled and numbered cause on behalf of Defendant, JASON ARANDA.

    Respectfully submitted,

    CAMPION & CAMPION

    /s/ BERNARD CAMPION
    State Bar No. 03727900
    222 E. Main Plaza
    San Antonio, Texas  78205
    Telephone No. 210/227-5161
    Telecopier No. 210/229-1243

    ATTORNEY FOR DEFENDANT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of April, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office
601 N.W. Loop 410
Suite 600
San Antonio, Texas  78216

/s/ BERNARD CAMPION